# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIRIUS XM RADIO INC.,<br><br>　　　　Defendant. | C.A. No. 13-2067 (RGA) |

## DRAGON INTELLECTUAL PROPERTY, LLC'S RESPONSE TO SIRIUS XM RADIO INC.'S APPLICATION FOR ATTORNEYS' FEES AND COSTS

Dated: December 22, 2021

　　　　　　　　　　　　　　　　　　Timothy Devlin (#4241)
　　　　　　　　　　　　　　　　　　DEVLIN LAW FIRM LLC
　　　　　　　　　　　　　　　　　　1526 Gilpin Avenue
　　　　　　　　　　　　　　　　　　Wilmington, DE  19806
　　　　　　　　　　　　　　　　　　Phone:  (302) 449-9010
　　　　　　　　　　　　　　　　　　tdevlin@devlinlawfirm.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Dragon*
　　　　　　　　　　　　　　　　　　*Intellectual Property, LLC*

**I.      NATURE AND STAGE OF PROCEEDINGS**

Plaintiff Dragon Intellectual Property, LLC ("Dragon") submits this response to Defendant Sirius XM Radio Inc.'s Application for Attorneys' Fees and Costs (D.I. 234).

**II.     ARGUMENT**

Dragon makes no argument regarding the specific calculation of fees as set forth in Defendant's Application.  To ensure that Dragon preserves all rights, however, Dragon reiterates its objections to the Court's prior decision that the case is exceptional and the award of any attorneys' fees or costs related to this action (D.I. 231), along with the Magistrate Judge's earlier Report and Recommendation regarding those issues (D.I. 223).  Dragon reserves all rights to appeal those Orders, any findings in those Orders, and the award of any fees or costs (and reserves all rights to appeal any other Orders and findings in the action).


Dated:  December 22, 2021                             DEVLIN LAW FIRM LLC

                                                      By: */s/ Timothy Devlin*
                                                      Timothy Devlin (#4241)
                                                      1526 Gilpin Avenue
                                                      Wilmington, DE  19806
                                                      Phone:  (302) 449-9010
                                                      tdevlin@devlinlawfirm.com

                                                      *Attorneys for Plaintiff Dragon*
                                                      *Intellectual Property, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Timothy Devlin*
Timothy Devlin

2