**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIRIUS XM RADIO INC., )<br>)<br>Defendant. ) | Civil Action No. 13-2067-RGA |

**ORDER AWARDING ATTORNEYS' FEES AND EXPENSES**

As set forth in the November 8, 2021 Order (D.I. 231) adopting the August 16, 2021 Report and Recommendation of Magistrate Judge Jennifer L. Hall (D.I. 223), the Court ORDERED Plaintiff Dragon Intellectual Property, LLC ("Plaintiff") to pay the reasonable attorneys' fees incurred by Defendant Sirius XM Radio Inc. ("Sirius XM") in litigating this case in this Court between December 20, 2013, and October 31, 2021.  Sirius XM was to provide Plaintiff all reasonable and necessary documentation to support the amount of fees incurred.

On December 1, 2021, Sirius filed an Application for Attorneys' Fees and Costs (D.I. 234), and Sirius XM provided Plaintiff the documentation supporting all attorneys' fees and expenses in the amount of $1,862,415.53.

On December 22, 2021, Plaintiff responded to Sirius XM"s Application stating that it "makes no argument regarding the specific calculation of fees as set forth in Defendant's Application" and reserves all rights to appeal any orders and findings of the Court in this action, including the award of any fees or costs (D.I. 246).

Pursuant to the Court's February 2, 2022 Oral Order (D.I. 248), Sirius XM submits this [Proposed] Order, which has been approved by Plaintiff as being consistent with the Court's February 2, 2022 Oral Order.

IT IS THEREFORE ORDERED that Plaintiff shall submit payment to Sirius XM of $1,862,415.53.

Date: 3/7/2022

/s/ Richard G. Andrews
Honorable Richard G. Andrews
United States District Judge

2