IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK, LLC,<br><br>　　　　Defendant. | C.A. No. 13-2066 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIRIUS XM RADIO INC.,<br><br>　　　　Defendant. | C.A. No. 13-2067 (RGA) |

## ORDER GRANTING MOTION TO WITHDRAW

WHEREAS, pursuant to the Court's directives at the hearing held on October 17, 2022 in which the Court granted Devlin Law Firm LLC's motion to withdraw subject to certain conditions precedent, Plaintiff's counsel has:

- provided Defendants with all known contact information for Dragon and its corporate representative;

- provided Dragon with copies of the notice of deposition and subpoenas served by Defendant DISH Network and has provided Defendants with Dragon's corporate representative's availability for deposition;

- provided Dragon with contact information for all counsel of record for Defendants; and

- provided Defendants' counsel a form of this Order prior to submission to the Court, and confirmed that Defendants have no objection to the form of the Order;

NOW THEREFORE having considered Plaintiff's Motion for Leave to Withdraw as Counsel ("Motion"), IT IS HEREBY ORDERED that the Motion is granted.

SO ORDERED this  1  day of November, 2022.

/s/ Richard G. Andrews
United States District Judge